# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CHOCOLATE CONFECTIONARY ANTITRUST LITIGATION | MDL DOCKET NO. 1935 (Civil Action No. 1:08-MDL-1935) |
| | (Judge Conner) |
| THIS DOCUMENT APPLIES TO: | |
| International Wholesale, Inc. v. The Hershey Company et al. | M.D. Pa. No. 1:08-CV-640 (Transferred from E.D. Mich.) |
| United Wholesale v. The Hershey Company et. al. | M.D. Pa. No. 1:08-CV-641 (Transferred from E.D. Mich.) |
| United Customs Distribution v. The Hershey Company et. al. | M.D. Pa. No. 1:08-CV-642 (Transferred from E.D. Mich.) |
| CNS Confectionery Products, LLC et al. v. The Hershey Company et al. | M.D. Pa. No. 1:08-CV-643 (Transferred from D.N.J.) |
| Stephen Snow et al. v. The Hershey Company et al. | M.D. Pa. No. 1:08-CV-647 (Transferred from D.N.J.) |
| Webb's Candies, Inc. v. Cadbury Adams Canada Inc. et al. | M.D. Pa. No. 1:08-CV-648 (Transferred from S.D.N.Y.) |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of the undersigned on behalf of Defendant ITWAL Limited in the six above-captioned actions. ITWAL Limited appears in these six actions specially, for the limited purpose of complying with the Court's instructions on scheduling the presentation of defenses, including the defense of ITWAL Limited that the Court lacks jurisdiction over its person. All defenses, except as to the form and service of process in the six above-captioned actions, are reserved. This is not an appearance in any other action.

                              MAYER BROWN LLP

                              /s/ Rosa M. Morales
                            Rosa M. Morales, Esquire (NY 4538682)
                            1675 Broadway
                            New York, New York   10019
                            (212) 506-2500 (phone)
                            (212) 262-1910 (fax)
                            rmmorales@mayerbrown.com
                            *Attorneys for ITWAL Limited*

*Of Counsel:*

Howard D. Scher
Cathleen Coyle McNulty
BUCHANAN INGERSOLL
 & ROONEY PC
1835 Market Street, 14th Floor
Philadelphia, PA   19103

Dated:   May 19, 2008

IN RE CHOCOLATE CONFECTIONERY ANTITRUST LITIGATION

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of May, 2008, I caused a copy of the forgoing Entry of Appearance to be served on all counsel on the Court's ECF service list, and on the following counsel via First Class U.S. Mail, postage prepaid:

Barry Barnett
Susman Godfrey LLP
901 Main Street, Suite 5100
Dallas, TX 75202

Robert G. Eisler
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street
Thirtieth Floor
New York, NY 10022

Joseph Goldberg
Freedman Boyd Hollander Goldberg & Ives, P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102

Mark S. Goldman
Goldman Scarlato & Karon PC
101 W. Elm Street, Suite 360
Conchohocken, PA 19428

Joseph C. Kohn
Kohn, Savett, Klein & Graf
One South Broad Street
Suite 2100
Philadelphia, PA 19107-3389

Christopher Lovell
Lovell Stewart Halebian, LLP
500 Fifth Avenue, Floor 58
New York, NY 10110

Jennifer Mara
Gibbons, P.C.
One Gateway Center
Newark, NJ 07102-5310

Peter E. Moll
Joseph A. Ostoyich
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Thomas A. Muzilla
The Muzilla Law Firm LLP
Tower at Erieview, Suite 1100
1301 East 9th Street
Cleveland, OH 44114

Warren Rubin
Law Offices of Bernard M. Gross PC
John Wanamaker Building, Suite 450
Juniper & Market Streets
100 Penn Square East
Philadelphia, PA 19107

                                    /s/ Rosa M. Morales
                              Rosa M. Morales, Esquire (NY 4538682)