IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CHOCOLATE CONFECTIONARY ANTITRUST LITIGATION : : : : | MDL DOCKET NO. 1935 (Civil Action No. 1:08-MDL-1935) (Judge Conner) |
| THIS DOCUMENT APPLIES TO: : : MDL DOCKET NO. 1935 : (Civil Action No. 1:08-MDL-1935) : : 1:08-CV-0639 : | |

## ORDER

AND NOW, this 28th day of May, 2008, upon consideration of the notice of voluntary dismissal (Doc. 190) of plaintiff Scott Lamson, stipulating that the complaint filed in the case docketed at Civil Action No. 1:08-CV-0639 is dismissed pursuant to Rules 23(e) and 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it is hereby ORDERED that:

1. The Clerk of Court is instructed to DROP Scott Lamson as a party to the above-captioned matter.

2. The Clerk of Court is instructed to CLOSE the case docketed at Civil Action No. 1:08-CV-0639.

3. The Clerk of Court is instructed to docket this order in the above-captioned matter and in the case docketed at Civil Action No. 1:08-CV-0639.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge