# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CHOCOLATE CONFECTIONARY ANTITRUST LITIGATION | : : : | MDL DOCKET NO. 1935 (Civil Action No. 1:08-MDL-1935) |
| _____ | : : | (Judge Conner) |
| THIS DOCUMENT APPLIES TO: | : : | |
| INDIRECT END USER PURCHASER ACTIONS | : : | |

## ADMINISTRATIVE ORDER

AND NOW, this 18th day of June, 2008 upon consideration of the motion to amend (Doc. 310) filed by plaintiff indirect end user purchasers, which seeks leave to amend the proposed order attached to plaintiffs' motion to appoint counsel (Doc. 276), it is hereby ORDERED that the motion is GRANTED. The phrase "and liaison counsel" shall be DEEMED stricken from the first line of Paragraph 3 of the proposed order attached thereto (Doc. 276-3).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge