## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: CHOCOLATE** | : | **MDL DOCKET NO. 1935** |
| **CONFECTIONARY ANTITRUST** | : | **(Civil Action No. 1:08-MDL-1935)** |
| **LITIGATION** | : | |
| | : | **(Judge Conner)** |
| _____ | : | |
| | : | |
| **THIS DOCUMENT APPLIES TO:** | : | |
| | : | |
| **ALL CASES** | : | |

## ORDER

AND NOW, this 20th day of January, 2009, in light of discussions held with

counsel during oral argument on January 16, 2009 regarding the status of the joint

proposed electronic discovery protocol[1] and the parties' proposed schedules for

class certification proceedings, it is hereby ORDERED that:

1.  The parties shall file a final joint proposed electronic discovery
    protocol on or before January 26, 2009.  If the parties are unable to
    agree on all material terms of the protocol, they shall apprise the court
    of the disputed issues and describe each party's position with respect
    to the same.

2.  On or before January 23, 2009, counsel for defendants and lead counsel
    for the plaintiffs shall each submit a letter memorandum describing
    the rationales for the time periods requested for class certification
    proceedings.  The memoranda shall not exceed three pages in length
    and shall be submitted via facsimile at (717) 221-3949.

     S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The parties informed the court that the electronic discovery protocol filed on
January 14, 2009 (Docs. 567, 568) is a draft protocol and that the parties continue to
negotiate certain terms of the agreement.