# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CHOCOLATE CONFECTIONARY ANTITRUST LITIGATION | : : : : | MDL DOCKET NO. 1935 (Civil Action No. 1:08-MDL-1935) |
| | : | (Judge Conner) |
| THIS DOCUMENT APPLIES TO: | : : | |
| ALL CASES | : | |

## ORDER

AND NOW, this 20th day of January, 2010, upon consideration of the status conference held on January 19, 2010, wherein the parties presented argument on plaintiffs' request that defendants be compelled to produce information used in conjunction with their respective Board of Directors' meetings, and for the reasons set forth on the record at the conference, it is hereby ORDERED that:

1. Within thirty days from the date of this order, defendants shall produce Board of Directors' materials which relate to their chocolate confectionery business. Defendants need not produce Board of Directors' materials that relate to other business segments.

2. Defendants shall provide plaintiffs with justification for any redactions and/or the assertion of any privileges. Plaintiffs may thereafter move for in-camera review of any redacted or withheld information, and the court shall promptly review the documents in question.

       S/ Christopher C. Conner
       CHRISTOPHER C. CONNER
       United States District Judge