IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: CHOCOLATE CONFECTIONARY ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL DOCKET NO. 1935 (Civil Action No. 1:08-MDL-1935)<br><br>Judge Conner |

**NOTICE OF CHANGE OF FIRM AFFILIATION
AND APPEARANCE**

PLEASE TAKE NOTICE that Linda P. Nussbaum, counsel of record for Plaintiffs Affiliated

Foods, Inc., Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc. and Supervalu, Inc. is

now affiliated with Nussbaum LLP at the following address:

> Linda P. Nussbaum
> Nussbaum LLP
> 26 Murray Hill Road
> Scarsdale, NY 10583
> Telephone:  (914) 874-7152
> E mail:  lnussbaum@nussbaumllp.com

Date:  New York, New York
        May 27, 2010

Respectfully submitted:

_____/s/ Linda P. Nussbaum_____
Linda P. Nussbaum
NUSSBAUM LLP
26 Murray Hill Road
Scarsdale, NY 10583
Telephone:  (914) 874-7152
E mail:  lnussbaum@nussbaumllp.com

## CERTIFICATE OF SERVICE

I, Linda P. Nussbaum, certify that a true and correct copy of the foregoing Notice of Change of Firm Affiliation and Appearance on behalf of Plaintiffs Affiliated Foods, Inc., Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc. and Supervalu, Inc. was electronically filed with the Clerk of Court via ECF on the 27th day of May, 2010, which will send notification of such filing to all counsel of record on this the 27th day of May, 2010.

　　　　　　　　　　　　　　　　　　/s/  Linda P. Nussbaum