UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE CHOCOLATE CONFECTIONARY ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL DOCKET NO. 1935<br><br>(Civil Action 1:08-MDL-1935)<br><br>Judge Conner |

**NOTICE OF CHANGE
OF FIRM AFFILIATION AND APPEARANCE**

PLEASE TAKE NOTICE that Linda P. Nussbaum, counsel of record for Plaintiffs Affiliated Foods, Inc., Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc and Supervalu, Inc. is now affiliated with Grant & Eisenhofer P.A. at the following address:

Linda P. Nussbaum
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, New York 10017
(646) 722-8500
(646) 722-8501 (Fax)
lnussbaum@gelaw.com

Dated: September 1, 2010                         Respectfully submitted,

/s/ Linda P. Nussbaum
Linda P. Nussbaum
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, New York 10017
(646) 722-8500
(646) 722-8501 (Fax)
lnussbaum@gelaw.com

## **CERTIFICATE OF SERVICE**

I, Linda P. Nussbaum, certify that a true and correct copy of the foregoing Notice of Change of Firm Affiliation and Appearance on behalf of Plaintiff Affiliated Foods, Inc., Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc and Supervalu, Inc. was electronically filed with the Clerk of the Court via ECF on the 1st day of September, 2010, which will send notification of such filing to all counsel of record on this the 1st day of September, 2010.

/s/ Linda P. Nussbaum
Linda P. Nussbaum