UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CHOCOLATE CONFECTIONARY ANTITRUST LITIGATION | : <br> : MDL DOCKET NO. 1935 <br> : (Civil Action No. 1:08-MDL-1935) <br> : <br> : (Judge Conner) <br> : |
| THIS DOCUMENT APPLIES TO: ALL CASES | : <br> : |

## NOTICE OF APPEARANCE

Rachael V. Lewis, attorney of the law firm McDermott Will & Emery, LLP, 227 West Monroe Street, Chicago, IL 60606, hereby gives notice of appearance on behalf of Defendants Mars, Incorporated and Mars Snackfood US, LLC in connection with the above-captioned matter.

Dated: December 14, 2010                Respectfully submitted,

                                    By:   /s/ Rachael V. Lewis
                                          Rachael V. Lewis (DC No. 977514)
                                          McDermott Will & Emery LLP
                                          227 West Monroe Street
                                          Chicago, IL 60657
                                          (T) 312.984.6962
                                          (F) 312.984.7700
                                          rlewis@mwe.com

                                          *Counsel for Defendants Mars, Incorporated and Mars Snackfood US, LLC*

## CERTIFICATE OF SERVICE

I, Rachael V. Lewis, hereby certify that on this December 14, 2010, a true and correct copy of the foregoing Notice of Appearance was electronically filed. Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

By:   /s/ Rachael V. Lewis
Rachael V. Lewis (DC No. 977514)
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60657
(T) 312.984.6962
(F) 312.984.7700
rlewis@mwe.com

*Counsel for Defendants Mars, Incorporated and Mars Snackfood US, LLC*