**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: CHOCOLATE** | : | **MDL DOCKET NO. 1935** |
| **CONFECTIONARY ANTITRUST** | : | **(Civil Action No. 1:08-MDL-1935)** |
| **LITIGATION** | : | |
| **_____** | : | **(Judge Conner)** |
| | : | |
| **THIS DOCUMENT APPLIES TO** | : | |
| **ALL DIRECT PURCHASER ACTIONS** | : | |

## <u>ORDER</u>

AND NOW, this 11th day of December, 2012, upon consideration of the

uncontested motion to substitute executive committee member (Doc. 1287), it is

hereby ORDERED that said motion is GRANTED.  RodaNast, P.C. is granted leave

to withdraw from the case, NastLaw LLC is granted leave to enter the case as

counsel for Direct Purchaser Plaintiffs, and NastLaw LLC is hereby substituted as

a member of the Executive Committee for the Direct Purchaser Plaintiffs.


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge