# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: CHOCOLATE CONFECTIONARY ANTITRUST LITIGATION** : | **MDL DOCKET NO. 1935** |
| : | **(Civil Action No. 1:08-MDL-1935)** |
| : | **(Chief Judge Conner)** |
| **THIS DOCUMENT APPLIES TO:** : | |
| **ALL INDIRECT END USER CASES** : | |

## ORDER

Upon consideration of Indirect End User Plaintiffs' ("IEU Plaintiffs") Unopposed Motion for Stay of Class Certification Briefing (Doc. 1505), it is hereby ORDERED that said motion is GRANTED and the 90-day period for the briefing of IEU Plaintiffs' class certification motion provided for in the Court's December 7, 2011 Order Revising Class Certification Schedule for Indirect End User Plaintiffs (Doc. 1098) is STAYED pending further order of this Court.

SO ORDERED this 20th day of March, 2014.

 /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania