# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CHOCOLATE CONFECTIONARY ANTITRUST LITIGATION | : : : : | MDL DOCKET NO. 1935 (Civil Action No. 1:08-MDL-1935) |
| _____ | : : | (Chief Judge Conner) |
| THIS DOCUMENT APPLIES TO ALL CASES | : : | |

## ORDER

AND NOW, this 7th day of May, 2014, upon consideration of the motion (Doc. 1518) to amend judgment filed by The Hershey Company and Hershey Canada, Inc., wherein defendants ask the court to clarify its order and judgment (Doc. 1517) of April 17, 2014, which entered judgment in favor of The Hershey Company but not Hershey Canada, Inc., and the court noting its clerical error in conflating the two entities as one and observing that the parties' stipulations of dismissal (Docs. 1510, 1513, 1515) resolve claims against The Hershey Company and Hershey Canada, Inc., individually, and the court also noting the concurrence of all parties in the instant motion (Doc. 1518-1), it is hereby ORDERED that:

1. The motion (Doc. 1518) to amend judgment is GRANTED.

2. The court's April 17, 2014 order and judgment (Doc. 1517) is AMENDED to enter judgment in favor of Hershey Canada, Inc.

                                              /S/ CHRISTOPHER C. CONNER
                                              Christopher C. Conner, Chief Judge
                                              United States District Court
                                              Middle District of Pennsylvania