# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: CHOCOLATE** : | **MDL DOCKET NO. 1935** |
| **CONFECTIONARY ANTITRUST** : | (Civil Action No. 1:08-MDL-1935) |
| **LITIGATION** : | |
| _____ : | (Chief Judge Conner) |
| : | |
| **THIS DOCUMENT APPLIES TO** : | |
| **ALL DIRECT PURCHASER AND** : | |
| **INDIVIDUAL PLAINTIFF CLAIMS** : | |
| **(EXCEPT FOR ASSOCIATED** : | |
| **WHOLESALE GROCERS)** : | |

## ORDER

AND NOW, this 11th day of December, 2015, upon consideration of the joint motion (Doc. 1528) for approval of video deposition costs by The Hershey Company and Hershey Canada, Inc. (together, "Hershey"), Nestlé U.S.A., Inc. ("Nestlé"), and Mars, Inc. and Mars Snackfood U.S. LLC (together, "Mars"), collectively referred to as "defendants," and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 1528) for approval of video deposition costs is GRANTED in part and DENIED in part as follows:

    a. The Clerk of Court is authorized to tax both video deposition and stenographic transcript costs for the following witnesses only: Robert D. Tollison, James T. McClave, Christopher A. Vellturo, Peter E. Rossi, Robert C. Marshall, Paul Minger, Gail Hatem, Michael Tolkowsky, Alan Craig, Timothy Erceg, Jon Dickman, Moodie Corcetti, and Valerie Stansfield.

      b.      Video deposition costs are authorized, pursuant to Local Rule of Court 54.4(3), in the following amounts:

        (i) $9,619.50 to defendant Nestlé;
       (ii) $7,433.75 to defendant Mars; and
      (iii) $4,503.50 to defendant Hershey.

2.    Within fourteen (14) days of today's date, defendants shall file amended bills of costs reflecting the above authorizations and their respective elections seeking taxation of either video deposition or stenographic transcription services for all other deponents.

                                    /S/ CHRISTOPHER C. CONNER
                                    Christopher C. Conner, Chief Judge
                                    United States District Court
                                    Middle District of Pennsylvania